FILED
CLERK, U.S. DISTRICT COURT

MAR 1 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SHAMONT WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>HEDGEPATH, Warden,<br><br>Respondent. | Case No. CV 08-6274-CJC (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of jurisdiction.

DATED: March 13, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE